Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

Registration Number

## VA 2-375-338

Effective Date of Registration:
October 10, 2023

Registration Decision Date:
December 15, 2023

## Title

Title of Work: Boxer

## Completion/Publication

Year of Completion: 2010
Date of 1st Publication: January 06, 2010
Nation of 1st Publication: Netherlands

## Author

- Author: Vincent Hie
  Pseudonym: Wallace
  Author Created: 2-D artwork
  Citizen of: Netherlands
  Pseudonymous: Yes

## Copyright Claimant

Copyright Claimant: Vincent Hie
Daelenbroeck 2, Amstelveen, Amsterdam, 1187 DT, Netherlands

## Rights and Permissions

Organization Name: Tate & Co. Licensing
Name: Joseph Tate
Email: info@tatelicensing.com
Telephone: (732)395-7696
Address: 16 Christopher Dr
Howell, NJ 07731 United States

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

Registration Number

## VA 2-375-534

**Effective Date of Registration:**
October 10, 2023
**Registration Decision Date:**
December 18, 2023

## Title

**Title of Work:** Loving Wolves

## Completion/Publication

**Year of Completion:** 2006
**Date of 1st Publication:** January 06, 2006
**Nation of 1st Publication:** Netherlands

## Author

- **Author:** Vincent Hie
  **Pseudonym:** Wallace
  **Author Created:** 2-D artwork
  **Citizen of:** Netherlands
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Vincent Hie
Daelenbroeck 2, Amstelveen, Amsterdam, 1187 DT, Netherlands

## Rights and Permissions

**Organization Name:** Tate & Co. Licensing
**Name:** Joseph Tate
**Email:** info@tatelicensing.com
**Telephone:** (732)395-7696
**Address:** 16 Christopher Dr
Howell, NJ 07731 United States

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-375-513

**Effective Date of Registration:**
October 10, 2023
**Registration Decision Date:**
December 18, 2023

## Title
___

| | |
|---|---|
| **Title of Work:** | Honey Badger |

## Completion/Publication
___

| | |
|---|---|
| **Year of Completion:** | 2012 |
| **Date of 1st Publication:** | September 18, 2012 |
| **Nation of 1st Publication:** | Netherlands |

## Author
___

| | |
|---|---|
| **Author:** | Vincent Hie |
| **Pseudonym:** | Wallace |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Netherlands |
| **Pseudonymous:** | Yes |

## Copyright Claimant
___

| | |
|---|---|
| **Copyright Claimant:** | Vincent Hie |
| | Daelenbroeck 2, Amstelveen, Amsterdam, 1187 DT, Netherlands |

## Rights and Permissions
___

| | |
|---|---|
| **Organization Name:** | Tate & Co. Licensing |
| **Name:** | Joseph Tate |
| **Email:** | info@tatelicensing.com |
| **Telephone:** | (732)395-7696 |
| **Address:** | 16 Christopher Dr |
| | Howell, NJ 07731 United States |

## Certification
___



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-375-093

**Effective Date of Registration:**
October 10, 2023
**Registration Decision Date:**
December 14, 2023

---

## Title
Title of Work: Skull Dragon

## Completion/Publication
Year of Completion: 2006
Date of 1st Publication: August 09, 2006
Nation of 1st Publication: Netherlands

## Author
- Author: Vincent Hie
  Pseudonym: Wallace
  Author Created: 2-D artwork
  Citizen of: Netherlands
  Pseudonymous: Yes

## Copyright Claimant
Copyright Claimant: Vincent Hie
Daelenbroeck 2, Amstelveen, Amsterdam, 1187 DT, Netherlands

## Rights and Permissions
Organization Name: Tate & Co. Licensing
Name: Joseph Tate
Email: info@tatelicensing.com
Telephone: (732)395-7696
Address: 16 Christopher Dr
Howell, NJ 07731 United States

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-375-334

**Effective Date of Registration:**
October 10, 2023
**Registration Decision Date:**
December 15, 2023

---

## Title

**Title of Work:** Patriotic Black Lab Pup

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** January 06, 2014
**Nation of 1st Publication:** Netherlands

## Author

- **Author:** Vincent Hie
  **Pseudonym:** Wallace
  **Author Created:** 2-D artwork
  **Citizen of:** Netherlands
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Vincent Hie
Daelenbroeck 2, Amstelveen, Amsterdam, 1187 DT, Netherlands

## Rights and Permissions

**Organization Name:** Tate & Co. Licensing
**Name:** Joseph Tate
**Email:** info@tatelicensing.com
**Telephone:** (732)395-7696
**Address:** 16 Christopher Dr
Howell, NJ 07731 United States

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

## VA 2-377-420

**Effective Date of Registration:**
October 10, 2023
**Registration Decision Date:**
January 05, 2024

## Title

**Title of Work:** Sun Moon

## Completion/Publication

**Year of Completion:** 2011
**Date of 1st Publication:** January 06, 2012
**Nation of 1st Publication:** Netherlands

## Author

- **Author:** Vincent Hie
  **Pseudonym:** Wallace
  **Author Created:** 2-D artwork
  **Citizen of:** Netherlands
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Vincent Hie
Daelenbroeck 2, Amstelveen, Amsterdam, 1187 DT, Netherlands

## Rights and Permissions

**Organization Name:** Tate & Co. Licensing
**Name:** Joseph Tate
**Email:** info@tatelicensing.com
**Telephone:** (732)395-7696
**Address:** 16 Christopher Dr
Howell, NJ 07731 United States

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-375-312

**Effective Date of Registration:**
October 10, 2023
**Registration Decision Date:**
December 15, 2023

## Title

Title of Work: Fearless / Unbreakable

## Completion/Publication

Year of Completion: 2019
Date of 1st Publication: January 06, 2019
Nation of 1st Publication: Netherlands

## Author

- Author: Vincent Hie
  Pseudonym: Wallace
  Author Created: 2-D artwork
  Citizen of: Netherlands
  Pseudonymous: Yes

## Copyright Claimant

Copyright Claimant: Vincent Hie
Daelenbroeck 2, Amstelveen, Amsterdam, 1187 DT, Netherlands

## Rights and Permissions

Organization Name: Tate & Co. Licensing
Name: Joseph Tate
Email: info@tatelicensing.com
Telephone: (732)395-7696
Address: 16 Christopher Dr
Howell, NJ 07731 United States

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-377-301

**Effective Date of Registration:**
October 10, 2023
**Registration Decision Date:**
January 04, 2024



---

## Title

**Title of Work:** Rising Tiger

## Completion/Publication

**Year of Completion:** 2008
**Date of 1st Publication:** December 15, 2008
**Nation of 1st Publication:** Netherlands

## Author

- **Author:** Vincent Hie
  **Pseudonym:** Wallace
  **Author Created:** 2-D artwork
  **Citizen of:** Netherlands
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Vincent Hie
Daelenbroeck 2, Amstelveen, Amsterdam, 1187 DT, Netherlands

## Rights and Permissions

**Organization Name:** Tate & Co. Licensing
**Name:** Joseph Tate
**Email:** info@tatelicensing.com
**Telephone:** (732)395-7696
**Address:** 16 Christopher Dr
Howell, NJ 07731 United States

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-375-511**

**Effective Date of Registration:**
October 10, 2023
**Registration Decision Date:**
December 18, 2023

## Title

**Title of Work:** Grey Wizard Cat

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** January 06, 2019
**Nation of 1st Publication:** Netherlands

## Author

- **Author:** Vincent Hie
  **Pseudonym:** Wallace
  **Author Created:** 2-D artwork
  **Citizen of:** Netherlands
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Vincent Hie
Daelenbroeck 2, Amstelveen, Amsterdam, 1187 DT, Netherlands

## Rights and Permissions

**Organization Name:** Tate & Co. Licensing
**Name:** Joseph Tate
**Email:** info@tatelicensing.com
**Telephone:** (732)395-7696
**Address:** 16 Christopher Dr
Howell, NJ 07731 United States

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-375-315

**Effective Date of Registration:**
October 10, 2023
**Registration Decision Date:**
December 15, 2023

## Title

**Title of Work:** Niagara Falls

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** May 29, 2018
**Nation of 1st Publication:** Netherlands

## Author

- **Author:** Vincent Hie
  **Pseudonym:** Wallace
  **Author Created:** 2-D artwork
  **Citizen of:** Netherlands
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Vincent Hie
Daelenbroeck 2, Amstelveen, Amsterdam, 1187 DT, Netherlands

## Rights and Permissions

**Organization Name:** Tate & Co. Licensing
**Name:** Joseph Tate
**Email:** info@tatelicensing.com
**Telephone:** (732)395-7696
**Address:** 16 Christopher Dr
Howell, NJ 07731 United States

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-377-271

**Effective Date of Registration:**
October 10, 2023
**Registration Decision Date:**
January 04, 2024

---

## Title
 

**Title of Work:** Patriotic Golden Retriever Pup

## Completion/Publication
 

**Year of Completion:** 2014
**Date of 1st Publication:** January 06, 2014
**Nation of 1st Publication:** Netherlands

## Author
 

- **Author:** Vincent Hie
  **Pseudonym:** Wallace
  **Author Created:** 2-D artwork
  **Citizen of:** Netherlands
  **Pseudonymous:** Yes

## Copyright Claimant
 

**Copyright Claimant:** Vincent Hie
Daelenbroeck 2, Amstelveen, Amsterdam, 1187 DT, Netherlands

## Rights and Permissions
 

**Organization Name:** Tate & Co. Licensing
**Name:** Joseph Tate
**Email:** info@tatelicensing.com
**Telephone:** (732)395-7696
**Address:** 16 Christopher Dr
Howell, NJ 07731 United States

## Certification
 



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-375-540

**Effective Date of Registration:**
October 10, 2023
**Registration Decision Date:**
December 18, 2023

## Title

|  |  |
|---|---|
| **Title of Work:** | Witch |

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2006 |
| **Date of 1st Publication:** | September 19, 2006 |
| **Nation of 1st Publication:** | Netherlands |

## Author

|  |  |
|---|---|
| **Author:** | Vincent Hie |
| **Pseudonym:** | Wallace |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Netherlands |
| **Pseudonymous:** | Yes |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | Vincent Hie |
| | Daelenbroeck 2, Amstelveen, Amsterdam, 1187 DT, Netherlands |

## Rights and Permissions

|  |  |
|---|---|
| **Organization Name:** | Tate & Co. Licensing |
| **Name:** | Joseph Tate |
| **Email:** | info@tatelicensing.com |
| **Telephone:** | (732)395-7696 |
| **Address:** | 16 Christopher Dr |
| | Howell, NJ 07731 United States |

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-375-539

**Effective Date of Registration:**
October 10, 2023
**Registration Decision Date:**
December 18, 2023

## Title
_____

Title of Work: Wolf Phoenix

## Completion/Publication
_____

Year of Completion: 2009
Date of 1st Publication: June 06, 2009
Nation of 1st Publication: Netherlands

## Author
_____

- Author: Vincent Hie
Pseudonym: Wallace
Author Created: 2-D artwork
Citizen of: Netherlands
Pseudonymous: Yes

## Copyright Claimant
_____

Copyright Claimant: Vincent Hie
Daelenbroeck 2, Amstelveen, Amsterdam, 1187 DT, Netherlands

## Rights and Permissions
_____

Organization Name: Tate & Co. Licensing
Name: Joseph Tate
Email: info@tatelicensing.com
Telephone: (732)395-7696
Address: 16 Christopher Dr
Howell, NJ 07731 United States

## Certification
_____



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-375-483

**Effective Date of Registration:**
October 10, 2023
**Registration Decision Date:**
December 18, 2023

## Title

|  |  |
|---|---|
| Title of Work: | Beware of Dog |

## Completion/Publication

|  |  |
|---|---|
| Year of Completion: | 2010 |
| Date of 1st Publication: | January 06, 2010 |
| Nation of 1st Publication: | Netherlands |

## Author

|  |  |
|---|---|
| Author: | Vincent Hie |
| Pseudonym: | Wallace |
| Author Created: | 2-D artwork |
| Citizen of: | Netherlands |
| Pseudonymous: | Yes |

## Copyright Claimant

|  |  |
|---|---|
| Copyright Claimant: | Vincent Hie |
| | Daelenbroeck 2, Amstelveen, Amsterdam, 1187 DT, Netherlands |

## Rights and Permissions

|  |  |
|---|---|
| Organization Name: | Tate & Co. Licensing |
| Name: | Joseph Tate |
| Email: | info@tatelicensing.com |
| Telephone: | (732)395-7696 |
| Address: | 16 Christopher Dr |
| | Howell, NJ 07731 United States |

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-375-500

**Effective Date of Registration:**
October 10, 2023
**Registration Decision Date:**
December 18, 2023



## Title

**Title of Work:** Cloud Kitten Sunset

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** January 06, 2017
**Nation of 1st Publication:** Netherlands

## Author

- **Author:** Vincent Hie
  **Pseudonym:** Wallace
  **Author Created:** 2-D artwork
  **Citizen of:** Netherlands
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Vincent Hie
Daelenbroeck 2, Amstelveen, Amsterdam, 1187 DT, Netherlands

## Rights and Permissions

**Organization Name:** Tate & Co. Licensing
**Name:** Joseph Tate
**Email:** info@tatelicensing.com
**Telephone:** (732)395-7696
**Address:** 16 Christopher Dr
Howell, NJ 07731 United States

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-377-300

**Effective Date of Registration:**
October 10, 2023

**Registration Decision Date:**
January 04, 2024

---

## Title

**Title of Work:** Penguin Wink

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** January 06, 2017
**Nation of 1ˢᵗ Publication:** Netherlands

## Author

- **Author:** Vincent Hie
  **Pseudonym:** Wallace
  **Author Created:** 2-D artwork
  **Citizen of:** Netherlands
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Vincent Hie
Daelenbroeck 2, Amstelveen, Amsterdam, 1187 DT, Netherlands

## Rights and Permissions

**Organization Name:** Tate & Co. Licensing
**Name:** Joseph Tate
**Email:** info@tatelicensing.com
**Telephone:** (732)395-7696
**Address:** 16 Christopher Dr
Howell, NJ 07731 United States

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-377-302

**Effective Date of Registration:**
October 10, 2023
**Registration Decision Date:**
January 04, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | Ruins |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2008 |
| **Date of 1st Publication:** | December 03, 2008 |
| **Nation of 1st Publication:** | Netherlands |

## Author

| | |
|---|---|
| • **Author:** | Vincent Hie |
| **Pseudonym:** | Wallace |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Netherlands |
| **Pseudonymous:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Vincent Hie |
| | Daelenbroeck 2, Amstelveen, Amsterdam, 1187 DT, Netherlands |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Tate & Co. Licensing |
| **Name:** | Joseph Tate |
| **Email:** | info@tatelicensing.com |
| **Telephone:** | (732)395-7696 |
| **Address:** | 16 Christopher Dr |
| | Howell, NJ 07731 United States |

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-374-630

**Effective Date of Registration:**
October 10, 2023
**Registration Decision Date:**
December 11, 2023

## Title

**Title of Work:** Sea of Hearts

## Completion/Publication

**Year of Completion:** 2007
**Date of 1st Publication:** March 13, 2007
**Nation of 1st Publication:** Netherlands

## Author

- **Author:** Vincent Hie
  **Pseudonym:** Wallace
  **Author Created:** 2-D artwork
  **Citizen of:** Netherlands
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Vincent Hie
Daelenbroeck 2, Amstelveen, Amsterdam, 1187 DT, Netherlands

## Rights and Permissions

**Organization Name:** Tate & Co. Licensing
**Name:** Joseph Tate
**Email:** info@tatelicensing.com
**Telephone:** (732)395-7696
**Address:** 16 Christopher Dr
Howell, NJ 07731 United States

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-375-542

**Effective Date of Registration:**
October 10, 2023

**Registration Decision Date:**
December 18, 2023

## Title

Title of Work: Sunset Wolf

## Completion/Publication

Year of Completion: 2006
Date of 1st Publication: January 06, 2006
Nation of 1st Publication: Netherlands

## Author

- Author: Vincent Hie
  Pseudonym: Wallace
  Author Created: 2-D artwork
  Citizen of: Netherlands
  Pseudonymous: Yes

## Copyright Claimant

Copyright Claimant: Vincent Hie
Daelenbroeck 2, Amstelveen, Amsterdam, 1187 DT, Netherlands

## Rights and Permissions

Organization Name: Tate & Co. Licensing
Name: Joseph Tate
Email: info@tatelicensing.com
Telephone: (732)395-7696
Address: 16 Christopher Dr
Howell, NJ 07731 United States

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-375-308

**Effective Date of Registration:**
October 10, 2023

**Registration Decision Date:**
December 15, 2023

## Title

**Title of Work:** Dolphin's Smile

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** January 06, 2017
**Nation of 1st Publication:** Netherlands

## Author

- **Author:** Vincent Hie
  **Pseudonym:** Wallace
  **Author Created:** 2-D artwork
  **Citizen of:** Netherlands
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Vincent Hie
Daelenbroeck 2, Amstelveen, Amsterdam, 1187 DT, Netherlands

## Rights and Permissions

**Organization Name:** Tate & Co. Licensing
**Name:** Joseph Tate
**Email:** info@tatelicensing.com
**Telephone:** (732)395-7696
**Address:** 16 Christopher Dr
Howell, NJ 07731 United States

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-375-447

**Effective Date of Registration:**
October 10, 2023
**Registration Decision Date:**
December 18, 2023

---

## Title

|  |  |
|---|---|
| Title of Work: | Cosmic Kitten |

## Completion/Publication

|  |  |
|---|---|
| Year of Completion: | 2018 |
| Date of 1st Publication: | January 06, 2018 |
| Nation of 1st Publication: | Netherlands |

## Author

|  |  |
|---|---|
| Author: | Vincent Hie |
| Pseudonym: | Wallace |
| Author Created: | 2-D artwork |
| Citizen of: | Netherlands |
| Pseudonymous: | Yes |

## Copyright Claimant

|  |  |
|---|---|
| Copyright Claimant: | Vincent Hie |
| | Daelenbroeck 2, Amstelveen, Amsterdam, 1187 DT, Netherlands |

## Rights and Permissions

|  |  |
|---|---|
| Organization Name: | Tate & Co. Licensing |
| Name: | Joseph Tate |
| Email: | info@tatelicensing.com |
| Telephone: | (732)395-7696 |
| Address: | 16 Christopher Dr |
| | Howell, NJ 07731 United States |

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-375-092

**Effective Date of Registration:**
October 10, 2023
**Registration Decision Date:**
December 14, 2023

## Title

| | |
|---|---|
| Title of Work: | DRAGON |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2006 |
| Date of 1st Publication: | August 26, 2006 |
| Nation of 1st Publication: | Netherlands |

## Author

| | |
|---|---|
| • Author: | Vincent Hie |
| Pseudonym: | Wallace |
| Author Created: | 2-D artwork |
| Citizen of: | Netherlands |
| Pseudonymous: | Yes |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Vincent Hie |
| | Daelenbroeck 2, Amstelveen, Amsterdam, 1187 DT, Netherlands |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | Tate & Co. Licensing |
| Name: | Joseph Tate |
| Email: | info@tatelicensing.com |
| Telephone: | (732)395-7696 |
| Address: | 16 Christopher Dr |
| | Howell, NJ 07731 United States |

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-375-316

**Effective Date of Registration:**
October 10, 2023
**Registration Decision Date:**
December 15, 2023

## Title
_____

Title of Work: Giant Octopus

## Completion/Publication
_____

Year of Completion: 2008
Date of 1st Publication: November 12, 2008
Nation of 1st Publication: Netherlands

## Author
_____

- Author: Vincent Hie
  Pseudonym: Wallace
  Author Created: 2-D artwork
  Citizen of: Netherlands
  Pseudonymous: Yes

## Copyright Claimant
_____

Copyright Claimant: Vincent Hie
Daelenbroeck 2, Amstelveen, Amsterdam, 1187 DT, Netherlands

## Rights and Permissions
_____

Organization Name: Tate & Co. Licensing
Name: Joseph Tate
Email: info@tatelicensing.com
Telephone: (732)395-7696
Address: 16 Christopher Dr
Howell, NJ 07731 United States

## Certification
_____



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-375-502

**Effective Date of Registration:**
October 10, 2023
**Registration Decision Date:**
December 18, 2023

---

## Title

**Title of Work:** Good Fortune Dragon

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** February 08, 2018
**Nation of 1st Publication:** Netherlands

## Author

- **Author:** Vincent Hie
  **Pseudonym:** Wallace
  **Author Created:** 2-D artwork
  **Citizen of:** Netherlands
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Vincent Hie
Daelenbroeck 2, Amstelveen, Amsterdam, 1187 DT, Netherlands

## Rights and Permissions

**Organization Name:** Tate & Co. Licensing
**Name:** Joseph Tate
**Email:** info@tatelicensing.com
**Telephone:** (732)395-7696
**Address:** 16 Christopher Dr
Howell, NJ 07731 United States

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-375-535

**Effective Date of Registration:**
October 10, 2023

**Registration Decision Date:**
December 18, 2023

---

## Title
               **Title of Work:** Nightbreed

## Completion/Publication
          **Year of Completion:** 2008
    **Date of 1st Publication:** July 06, 2008
   **Nation of 1st Publication:** Netherlands

## Author
        •        **Author:** Vincent Hie
        **Pseudonym:** Wallace
   **Author Created:** 2-D artwork
        **Citizen of:** Netherlands
    **Pseudonymous:** Yes

## Copyright Claimant
  **Copyright Claimant:** Vincent Hie
                   Daelenbroeck 2, Amstelveen, Amsterdam, 1187 DT, Netherlands

## Rights and Permissions
  **Organization Name:** Tate & Co. Licensing
            **Name:** Joseph Tate
             **Email:** info@tatelicensing.com
       **Telephone:** (732)395-7696
         **Address:** 16 Christopher Dr
                   Howell, NJ 07731 United States

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-377-259

**Effective Date of Registration:**
October 10, 2023

**Registration Decision Date:**
January 04, 2024

---

## Title

**Title of Work:** Searchlight

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** July 13, 2013
**Nation of 1st Publication:** Netherlands

## Author

- **Author:** Vincent Hie
  **Pseudonym:** Wallace
  **Author Created:** 2-D artwork
  **Citizen of:** Netherlands
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Vincent Hie
Daelenbroeck 2, Amstelveen, Amsterdam, 1187 DT, Netherlands

## Rights and Permissions

**Organization Name:** Tate & Co. Licensing
**Name:** Joseph Tate
**Email:** info@tatelicensing.com
**Telephone:** (732)395-7696
**Address:** 16 Christopher Dr
Howell, NJ 07731 United States

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

**VA 2-377-304**

**Effective Date of Registration:**
October 10, 2023
**Registration Decision Date:**
January 04, 2024

## Title

**Title of Work:** Skateboard Cat

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** January 06, 2019
**Nation of 1st Publication:** Netherlands

## Author

- **Author:** Vincent Hie
  **Pseudonym:** Wallace
  **Author Created:** 2-D artwork
  **Citizen of:** Netherlands
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Vincent Hie
Daelenbroeck 2, Amstelveen, Amsterdam, 1187 DT, Netherlands

## Rights and Permissions

**Organization Name:** Tate & Co. Licensing
**Name:** Joseph Tate
**Email:** info@tatelicensing.com
**Telephone:** (732)395-7696
**Address:** 16 Christopher Dr
Howell, NJ 07731 United States

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-377-299

**Effective Date of Registration:**
October 10, 2023
**Registration Decision Date:**
January 04, 2024

## Title

|  |  |
|---|---|
| **Title of Work:** | Sorcerer Cat |

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | January 06, 2018 |
| **Nation of 1st Publication:** | Netherlands |

## Author

|  |  |
|---|---|
| **Author:** | Vincent Hie |
| **Pseudonym:** | Wallace |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Netherlands |
| **Pseudonymous:** | Yes |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | Vincent Hie |
|  | Daelenbroeck 2, Amstelveen, Amsterdam, 1187 DT, Netherlands |

## Rights and Permissions

|  |  |
|---|---|
| **Organization Name:** | Tate & Co. Licensing |
| **Name:** | Joseph Tate |
| **Email:** | info@tatelicensing.com |
| **Telephone:** | (732)395-7696 |
| **Address:** | 16 Christopher Dr |
|  | Howell, NJ 07731 United States |

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-377-415**

**Effective Date of Registration:**
October 10, 2023

**Registration Decision Date:**
January 05, 2024

---

## Title

**Title of Work:** The Awakening

## Completion/Publication

**Year of Completion:** 2007
**Date of 1st Publication:** July 22, 2007
**Nation of 1st Publication:** Netherlands

## Author

- **Author:** Vincent Hie
  **Pseudonym:** Wallace
  **Author Created:** 2-D artwork
  **Citizen of:** Netherlands
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Vincent Hie
Daelenbroeck 2, Amstelveen, Amsterdam, 1187 DT, Netherlands

## Rights and Permissions

**Organization Name:** Tate & Co. Licensing
**Name:** Joseph Tate
**Email:** info@tatelicensing.com
**Telephone:** (732)395-7696
**Address:** 16 Christopher Dr
Howell, NJ 07731 United States

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-375-541

**Effective Date of Registration:**
October 10, 2023
**Registration Decision Date:**
December 18, 2023

## Title
___

Title of Work: Tornado Breakthrough

## Completion/Publication
___

Year of Completion: 2008
Date of 1st Publication: January 06, 2009
Nation of 1st Publication: Netherlands

## Author
___

- Author: Vincent Hie
  Pseudonym: Wallace
  Author Created: 2-D artwork
  Citizen of: Netherlands
  Pseudonymous: Yes

## Copyright Claimant
___

Copyright Claimant: Vincent Hie
Daelenbroeck 2, Amstelveen, Amsterdam, 1187 DT, Netherlands

## Rights and Permissions
___

Organization Name: Tate & Co. Licensing
Name: Joseph Tate
Email: info@tatelicensing.com
Telephone: (732)395-7696
Address: 16 Christopher Dr
Howell, NJ 07731 United States

## Certification
___

