IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VINCENT HIE, | |
| Plaintiff, | Case No.: 1:24-cv-02658 |
| v. | Judge Sara L. Ellis |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge M. David Weisman |
| Defendants. | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 30 | HXMIN |
| 29 | wcmus |
| 47 | maokaishangmaoyouxiangongsi |
| 107 | GCCGFD |
| 41 | sichuanyiyunshanyundianzishangwuyouxiangongsi |
| 97 | Haizhilan home decoration project |
| 75 | AUPET |
| 28 | SLILY |
| 32 | YJUXIN |
| 34 | TinBaby |
| 35 | Aura1978 |
| 88 | qicheng w |
| 27 | Diymood |
| 63 | YouYouMao |
| 78 | kawaii poster Plant |
| 131 | jiangqinyuhaibao |
| 48 | CenturyTee |
| 71 | qujingsannandianzishangwuyouxiangongsi |
| 80 | Tvoip -us |
| 105 | MAYDEAR |

1

| | |
|---|---|
| 199 | sunshine-worldfactory |
| 200 | fashion*clothes*store |
| 9 | linqingxiYSH |
| 67 | Rbkstore |
| 68 | ShenCengES |
| 121 | AMOCANE |

DATED:  May 21, 2024

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone:312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on May 21, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt